# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOUGLAS JAY, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. C11-1851 MJP <br><br> ORDER RE: SURREPLY IN MOTION FOR RELIEF FROM JUDGMENT |

The Court requests a brief (not to exceed 6 pages) surreply from the Government to Petitioner's argument that his previous counsel's ineffective assistance resulted in the assessment of a community service payment in excess of what should rightfully have been imposed.

Petitioner has adequately demonstrated that this issue was raised in his initial petition, contrary to the Government's position that it was raised for the first time in the motion for relief from judgment. In light of that fact, the Court solicits the Government's position on that portion of Petitioner's argument.

The surreply shall be filed with the Court no later than **August 31, 2012**. No further briefing shall be filed unless requested by the Court.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this 23rd day of August, 2012.

3

4

5                                    A

                              Marsha J. Pechman

6                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER RE: SURREPLY IN MOTION FOR
RELIEF FROM JUDGMENT- 2